THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUDEN DUDEN, INC., Respondent, v. FREDERICK L. DEVEREUX et al., Constituting the Board of Trustees of the Village of Bronxville, et al., Appellants. (Proceeding 2.)

Settle order on notice within ten days from the date of this decision. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.